**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2360

KENNETH D. LIGGINS,

Plaintiff - Appellant,

and

CG6 CONCRETE SPECIALISTS, INCORPORATED,

Plaintiff,

versus

POLICE DEPARTMENT, Town of Berryville,
Virginia; D. ELDEN NESSELRODT; KEITH DALTON;
TOWN OF BERRYVILLE,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Glen E. Conrad, District
Judge.  (CA-04-14-5-GEC)

Submitted:  March 10, 2005          Decided:  March 14, 2005

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth D. Liggins, Appellant Pro Se.  Brian Keith Brake, KEELER
OBENSHAIN, P.C., Harrisonburg, Virginia; Edward Harrison Grove,
III, BRAULT, PALMER, GROVER, WHITE & STEINHILBER, L.L.P., Fairfax,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth D. Liggins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Liggins v. Police Dep't, CA-04-14-5-GEC (W.D. Va., filed Sept. 30, 2004; entered Oct. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 3 -